## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *Penelope Ellis v. Bayer Corporation, et al.* | No. 11-cv-12051-DRH |
| *Andrea Erickson v. Bayer Corporation, et al.* | No. 10-cv-13525-DRH |
| *Stacie Ford v. Bayer Corporation, et al.* | No. 09-cv-20113-DRH |
| *Lisa Ptitman v. Bayer Corporation, et al.* | No. 10-cv-13530-DRH |
| *Shaterica Wilson v. Bayer Corporation, et al.* | No. 09-cv-20110-DRH |
| *Christina Dolbeare v. Bayer Corporation, et al.* | No. 09-cv-10010-DRH |
| *Pamela Gandy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10380-DRH |
| *Kimberly Hayden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12674-DRH |
| *Stacy VanDerveer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12851-DRH |
| *Amy Cox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10058-DRH |
| *Crystal Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10851-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 31, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> **BY:** _/s/Caitlin Fischer_
> **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.02
08:59:09 -05'00'

APPROVED:

> DISTRICT JUDGE
> U. S. DISTRICT COURT